AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts Southern
District of Texas
FILED

November 1, 2023

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Carlos Joel Vazquez-Sanchez (Mexico; 1984) | ) Case No. M-23-MJ-1925 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 1, 2023__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(5)(A) | being an alien did knowingly possess a Romarm/Cugir, WASR-10UF, 7.62x39mm caliber rifle, which had previously traveled in and affecting interstate commerce |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

/s/ Brenda V. Leal
*Complainant's signature*

Brenda V. Leal, ATF Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr.4.1, and probable cause found on:

Date: __November 1, 2023  11:47 PM__

*Judge's signature*

City and state: __McAllen, Texas__

Hon. Nadia S. Medrano, U.S. Magistrate Judge
*Printed name and title*

## Attachment A

I, Brenda V. Leal, am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

On November 1, 2023, ATF Agents approached Carlos Joel Vazquez-Sanchez outside a residence near San Juan, Texas. Vazquez-Sanchez provided ATF Agents with consent to search the residence. During a search of the residence, ATF Agents found three AK-47 variant rifles and a 12 gauge shotgun in the attic of the residence. Agents determined that at least one of the firearms, a Romarm/Cugir, WASR-10UF, 7.62x39mm caliber rifle was purchased on September 30, 2023 from a federal firearms licensee in Baytown, Texas. Agents also determined that the shotgun was previously reported as stolen from Montgomery County, Texas.

During a post-Miranda interview, Vazquez-Sanchez claimed he was renting and residing at the residence located in San Juan, Texas since at least October 1, 2023.

ATF has interviewed an individual stated that Vazquez-Sanchez had arranged for the delivery of at least the three AK-47 variant rifles from an area near Houston, Texas to the residence Vasquez-Sanchez admitted to be renting and residing at in San Juan, Texas.

Vasquez-Sanchez is an undocumented alien with no legal status to be in the United States and is therefore prohibited from possessing firearms. The Romarm/Cugir, WASR-10UF, 7.62x39mm caliber rifle previously referenced was manufactured outside the State of Texas and therefore affected interstate commerce.